```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                                                                  :
          -v-                                                     :          7:96-cr-323 (LJL)
                                                                  :
                                                                  :          ORDER SETTING
RITA GLUZMAN,                                                     :          CONDITIONS OF
                                                                  :          RELEASE
                    Defendant.                                    :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/28/2020__

LEWIS J. LIMAN, United States District Judge:

Upon application of the defendant, the Court's order of July 28, 2020, is modified to permit the defendant to begin her term of supervised release, for two nights (July 28, 2020 and July 29, 2020), at the Sheraton Lincoln Harbor Hotel in Weekhawken, New Jersey, confined alone to her room there (with no in-person contact with any person other than her sister except for medical personnel and on the condition that both the defendant and her sister wear masks and attempt to engage in social distancing while together), before moving to the residence at 478 Essex Street, Hackensack, New Jersey 07601 by July 30, 2020.

In light of the health risks from socializing indoors and the rehabilitative value that socializing would have for Ms. Gluzman, the Government and the defense are ordered to meet and confer and to propose language that would permit the defendant to engage in socializing with friends and family members at outdoor locations in and around her residence during the

term of home confinement and to propose such language to the Court by 5:00 p.m. today.

    SO ORDERED.

Dated: July 28, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge