```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA      :
          :
  -v-          :    7:96-cr-323 (LJL)
          :
          :    ORDER SETTING
RITA GLUZMAN,         :    CONDITIONS OF
          :    RELEASE
        Defendant.     :
          :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Upon application of the defendant, and with the consent of the Government, the Court clarifies that the defendant, Ritz Gluzman, is to be released from the Bureau of Prisons' today (July 28, 2020) into supervised released. Certain of the Court's earlier errors referred in error to July 29, 2020. That was a mistake. The Court apologizes to the Bureau of Prisons and to the parties for any inconvenience that mistake may have caused.

      SO ORDERED.

Dated: July 28, 2020
      New York, New York

                                LEWIS J. LIMAN
                                United States District Judge