# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

| | | |
|---|---|---|
| **Alan S. Lewis**<br>*Partner*<br>•<br>*Direct Dial: 212-238-8647*<br>*E-mail: lewis@clm.com* | *2 Wall Street*<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |

**REQUEST GRANTED.**

8/3/2020

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 3, 2020

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

        Re:  *United States v. Rita Gluzman*
               Case No.:  7:96-cr-00323 (LJL)

Dear Judge Liman:

     I write to request, with the Government's consent, an additional, modest extension of the deadline, until the end of business on Thursday, August 6, to submit language that would modify the terms currently governing Ms. Gluzman's home confinement. Although Mr. Gianforti and I have started the conferral process and we had hoped to complete it by today, for various reasons we have been unable to do so.

                            Respectfully,

                            /s/ *Alan S. Lewis*

                            Alan S. Lewis