Schedule endorsed.

8/6/2020

*[Signature]*
LEWIS J. LIMAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. –

RITA GLUZMAN,

        Defendant.

96 Cr. 323 (LJL)

### Notice of Motion for Reconsideration

Please take notice that the United States of America moves this Court to reconsider its Opinion and Order, entered on July 23, 2019 (Docket Entry 117),[1] as well as its subsequent related orders, entered on July 28, 2020 (Docket Entries 125–27). The Government further respectfully requests that this Court set a briefing schedule for its motion for reconsideration so that the Government may set forth concisely the matters or controlling decisions which the Government believes the Court has overlooked.[2] The Government has conferred with counsel for defendant Rita Gluzman,

---

[1] The Opinion and Order can also be found at *United States v. Gluzman*, No. 96 Cr. 323 (LJL), 2020 WL 4233049 (S.D.N.Y. July 23, 2020).

[2] The Local Criminal Rules state that:

> … unless otherwise ordered by the Court … in a particular case … [a] motion for reconsideration or reargument of a Court order determining a motion shall be filed and served within fourteen (14) days after the Court's determination of the original motion. A memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court has overlooked shall accompany the motion.

Local Criminal Rule 49.1(d). This notice of motion is being filed and served within fourteen days after the Court's Opinion and Order, and the Government respectfully

and the parties jointly respectfully suggest that the Government's brief be due on August 27, 2020, and Gluzman's responsive brief be due on September 20, 2020.[3]

Dated:    New York, New York
          August 5, 2020

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney for the
                                        Southern District of New York

By:  _____
       Benjamin A. Gianforti
       Michael D. Maimin
       Assistant United States Attorneys
       (914) 993-1919 / 1952

---

requests that this Court order a briefing schedule, rather than requiring the Government to submit a memorandum at this time.

[3] If, after receiving Gluzman's responsive brief, the Government believes a reply brief to be necessary, it will ask the Court for a short briefing schedule at that time.