

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 25, 2020

**BY EMAIL & ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> GRANTED. The Court approves the proposed modified briefing schedule. Government's brief due by September 10, 2020 and Defendant's opposition due by October 8, 2020.
>
> 8/26/2020    SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:  *United States v. Rita Gluzman*,
     96 Cr. 323 (LJL)

Dear Judge Liman:

   The Government respectfully writes in regard to its motion for reconsideration, filed August 5, 2020. (Docket Entry 133). On August 6, 2020, the Court endorsed a briefing schedule under which the Government's brief in support of its motion would be due August 27, 2020 and the defendant's opposition would be due September 20, 2020. (Docket Entry 134). By this letter, the Government seeks to modify the briefing schedule so that its brief would be due September 10, 2020 and the defendant's opposition would be due October 8, 2020. Mr. Lewis consents to this request.

   Please feel free to contact us with any questions or issues.

                                    Respectfully submitted,
                                    AUDREY STRAUSS
                                    Acting United States Attorney

                            By:     _____
                                    Benjamin A. Gianforti
                                    Michael D. Maimin
                                    Assistant United States Attorneys
                                    (914) 993-1919 / 1952

Cc:   Alan Lewis, Esq. (by electronic mail & ECF)