

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 10, 2020

**BY EMAIL & ECF**

APPLICATION GRANTED.

9/10/2020  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Rita Gluzman*,
             **96 Cr. 323 (LJL)**

Dear Judge Liman:

   The Government respectfully writes in regard to its motion for reconsideration, filed August 5, 2020. (Docket Entry 133). On August 6, 2020, the Court endorsed a briefing schedule under which the Government's brief in support of its motion would be due August 27, 2020 and the defendant's opposition would be due September 20, 2020. (Docket Entry 134). On August 26, 2020, the Court endorsed a modified briefing schedule under which the Government's brief would be due September 10, 2020 and the defendant's opposition would be due October 8, 2020. (Docket Entry 140). By this letter, the Government seeks to modify the briefing schedule so that its brief would be due September 17, 2020 and the defendant's opposition would be due October 15, 2020. Mr. Lewis consents to this request.

   Please feel free to contact us with any questions or issues.

                           Respectfully submitted,
                           AUDREY STRAUSS
                           Acting United States Attorney

By:   _____
      Benjamin A. Gianforti
      Michael D. Maimin
      Assistant United States Attorneys
      (914) 993-1919 / 1952

Cc:   Alan Lewis, Esq. (by electronic mail & ECF)