# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Alan S. Lewis**
*Partner*
•
*Direct Dial: 212-238-8647*
*E-mail: lewis@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

September 16, 2020

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

> SO ORDERED. The imposition of the supervised release condition of electronic monitoring is stayed pending a final decision by the Court on the motion to relieve the defendant of such condition.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re: *United States v. Rita Gluzman*
<u>Case No.: 7:96-cr-00323 (LJL)</u>

Dear Judge Liman:

    I write to apprise the Court of a fact pertinent to our pending request that Ms. Gluzman be relieved of the electronic monitoring requirement. *See* Dkt. Nos. 137, 136, and 125. The Probation Department, apparently in light of the pendency of this issue before the Court, has not yet put electronic monitoring into place. The government has advised me of its intention to ask the Probation Department to do so soon, unless the Court cancels the electronic monitoring condition or temporarily stays its imposition.

    Accordingly, Ms. Gluzman respectfully asks the Court to temporarily stay the electronic monitoring requirement, pending its final decision on this issue. Whether or not the Court ultimately imposes electronic monitoring, there is, respectfully, no urgency to its immediate imposition. Not only is there no sound reason to conclude that Ms. Gluzman presents a security or flight risk, but as our previous submissions explain, Ms. Gluzman's medical condition may also bear on this issue. Furthermore, Ms. Gluzman was released on July 28, seven weeks ago, and has been subject to the Probation Department's supervision ever since. The passage of such time, without electronic monitoring and without incident, may be pertinent to the Court's ultimate assessment as to whether electronic monitoring is truly necessary here.[1]

Respectfully,

/s/ Alan S. Lewis

Alan S. Lewis

ASL:bp

---

[1] An alternative would be to cancel the electronic monitoring condition, but subject to reconsideration in the future if the Probation Department were ever to communicate a view that electronic monitoring is important to its ability to effectively supervise Ms. Gluzman.